AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.
Shawn Joseph MCCORMACK

Defendant

Case No. 5:11-mj-00044 JLT

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Shawn Joseph MCCORMACK ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 2251(d)(2), Sexual Exploitation of Children -- Producing, making, printing, or publishing visual depiction of a minor engaging in sexually explicit conduct, as these terms are defined in Title 18, United States Code, Section 2256

Date: 09/15/2011  9/16/11

*Issuing officer's signature*

City and state: Bakersfield, CA        Jennifer Thurston, US Magistrate Judge
                                       *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Shawn Joseph MCCORMACK<br><br>Defendant | ) ) ) ) ) Case No. 5:11-mj-00044 JLT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __03/28/2009__ in the county of __Kern__ in the __Eastern__ District of __California__, the defendant violated __Title 18__ U. S. C. § __2251(d)__, an offense described as follows:

Title 18, United States Code, Section 2251(d), Sexual Exploitation of Children -- Producing, making, printing, or publishing visual depiction of a minor engaging in sexually explicit conduct, as these terms are defined in Title 18, United States Code, Section 2256.

This criminal complaint is based on these facts:
See affadavit, attached hereto.

☑ Continued on the attached sheet.

_____
Complainant's signature

Veronica Pike, Special Agent DHS-ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/15/2011  9/16/11

City and state: Bakersfield, CA

_____
Judge's signature

Jennifer Thurston, US Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**AFFIDAVIT**

I, Veronica Pike, being duly sworn, hereby depose and state as follows:

1. I am employed as a Criminal Investigator with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), presently assigned to the Office of the Resident Agent in Charge, Bakersfield, California (RAC/Bakersfield). I have been employed as an ICE Special Agent for approximately four years. As part of my daily duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have received training in the area of child pornography and child exploitation, and as part of my duties have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256)[1] in all

---

[1] "Child Pornography means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where - (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor

1

forms of media, including computer media. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the United States ICE Special Agent Training Program, where I received extensive training in the investigation of child pornography. I have also received advanced trainings offered by the Internet Crimes Against Children (ICAC) task force in the area of child exploitation. During the course of my duties, I have been the investigating officer and Affiant on over twenty search warrant applications relating to state and federal child pornography investigations. Prior to becoming an ICE Special Agent, I was a graduate from the University of California, Berkeley, with a major in Legal Studies and a minor in Spanish Language.

2. This affidavit is made in support of issuance of a criminal complaint for Shawn Joseph McCormack, of Black Forest, Colorado for violating the following federal statute:

a. 18 U.S.C. § 2251(d), which makes it a crime for any person to knowingly participate in an act of sexually explicit conduct by or with a minor for the purpose of producing a visual depiction of such conduct.

3. The information contained in this affidavit is based upon my personal knowledge of the investigation, my training and experience and, where noted, information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a

---

engaging in sexually explicit conduct." 18 U.S.C. § 2256(8).

2

criminal complaint, not all results of this investigation have been included herein.

4. On approximately November 10, 2010, SAC Boston agents executed a State search warrant with Massachusetts State Police at the residence of Robert Diduca. Diduca had been a member of an online forum through which he was actively distributing and receiving images and videos of child pornography. Diduca was subsequently arrested federally by SAC Boston and is currently in plea agreement negotiations for the production of child pornography.

5. Through images and videos discovered during the forensic examination of seized items from Robert Diduca, SAC Boston has identified a new series of child pornography that appears to have been produced in RAC Bakersfield's Area of Responsibility. SAC Boston has been working directly with the National Center for Missing and Exploited Children (NCMEC) to identify the victim, suspect, and location of this sexual assault of a child.

6. The abuse series contains multiple images and videos depicting the victim being abused in multiple locations. The following is a description of one of the videos (later referred to as being located at "scene 3")as well as two images.

PICT0302.AVI

This video is 3 minutes and 15 seconds in length. The video begins with a nude prepubescent male minor who appears to be approximately 11 months old lying on his back on a bed. The minor's legs are raised up towards his chest and his hands are bound to his legs by electrical tape. A television can be heard in the background. At approximately 0:12 seconds into the video, an adult male enters the field of view, wearing a grey shirt and is nude

from the waist down. The adult male is masturbating as he walks towards the bed.

The adult male positions himself over the minor and continues to masturbate. At approximately 0:36 seconds, the adult male places his hands on the minor's shoulders and turns him towards the camera. The adult male continues to masturbate over the minor, and the adult male also places a viscous substance from a container onto his own erect penis.

At approximately 1 minute and 5 seconds, the adult male lowers his body and thrusts his hips towards the anal area of the nude minor, and then continues to masturbate. A crying noise can be heard. At approximately 1 minutes and 14 seconds, the adult male's head enters the view and it has a black hood covering it entirely.

At approximately 1 minutes and 20 seconds, the adult male lowers his body and thrusts his hips towards the nude minor's anal area again. The adult male continues this action repeatedly. A crying noise can be heard.

At approximately 1 minute and 40 seconds, the adult male repositions the camera so that it is focused on the nude male minor's genital area. The adult male then attempts to insert his erect penis into the minor's anus, and then continues to masturbate over the minor. A crying noise can be heard.

At approximately 2 minutes and 13 seconds, the adult male has exited the view and the camera is repositioned further

4

from the minor. At approximately 2 minutes and 16 seconds the adult male enters the view again, and places a substance from a container on the bed onto his erect penis.

At approximately 2 minutes and 26 seconds, the adult male places his left hand on the minor's right leg and raises it up towards the minor's head. The adult male attempts to insert his penis into the minor's anus, and then begins to masturbate.

At approximately 2 minutes and 41 seconds, the adult male inserts his erect penis into the anus of the minor. At approximately 2 minutes and 48 seconds, the adult male removes his erect penis from the minor's anus and continues to masturbate. The minor's mouth opens, and a repeated crying noise is heard.

At approximately 2 minutes and 55 seconds, the adult male reaches his left hand beyond the view of the camera and retrieves pieces of tape and places them over the minor's mouth. At approximately 2 minutes and 58 seconds, the adult male inserts his erect penis into the anus of the minor again.

At approximately 3 minutes the adult male covers the minor's mouth with his left hand. A muffled crying noise can be heard.

At approximately 3 minutes and 3 seconds the adult male removes his hand and the tape from the child's mouth while still masturbating. A louder, constant crying noise can be heard.

At 3 minutes and 10 seconds the adult male begins to stroke the minor's face while still masturbating. At approximately 3 minutes and 15 seconds, the adult male reaches towards the camera with his left hand and the video ends.

PICT0295.jpg

This image is described as a nude prepubescent male minor, who appears to be approximately 11 months old, lying on his side on a blanket. The nude male minor is partially lying on a diaper. His legs are raised upwards towards his chest, and his scrotum is exposed. Electrical tape is wrapped around both of the male minors legs just below the knee, and his left hand is bound to his left leg by the electrical tape. An erect penis of an adult male is touching the buttocks of the nude minor.

PICT0298.jpg

This image is described as a nude prepubescent male minor, who appears to be approximately 11 months old, lying on his back on a blanket. A diaper is also underneath the nude male minor. The nude male minor's legs are raised up towards his chest, and his genitals are exposed. An adult male's hand is on an erect adult penis, and it appears to be pushing the erect penis into the anus of the minor.

7. To date, SAC Boston agents have determined the following victim, suspect information and scenes, in which the child is abused, regarding this series (referred to as Swirl Carpet Series):

The victim: approximately 11 month old (at time of abuse) white male, blonde/brown hair, average height / weight based on the images and videos.

6

Suspect: white adult male, blonde/brown pubic hair, possible wart/scar on left wrist, dirty hands and nails.

Scene 1 (possible residence) Files: PICT0272.JPG, PICT0273.JPG, PICT0274.JPG, PICT0275.JPG, PICT0276.JPG, PICT0277.JPG, PICT0278.JPG, and PICT0279.JPG

1) Baby Crib: made by Jardine Enterprises - Cherry Madison Toddler Bed and is exclusively by Toys R Us and Babies R Us.

2) Milkbone Stuffed Toy: manufactured/ distributed second quarter of 2008, made for one year or less.

3) Red Elmo Chair: child sized stuffed chair

4) Crib Sheets: Bedtime Originals Baby Jungle print made by Lambs and Ivy.

5) Disney Princess Stories Giant Pillow Book.

6) Little Mermaid Book: Ariel's Beginnings, published July 2008. Sale tag on book appears to be from discount bookstore with possible amount of $3.00

7) 'Cars' movie toddler socks.

8) Onesie, white with blue collar

7

8. Scene 2, (Hotel 1) information derived from video that is approximately twenty (20) seconds in length. Files: 100_1944(2) (2).MOV, 100_1940.jpg and 100_1941.jpg.

1) Unique bedspread with red background, gold grids, ivy pattern and flower/leaf pattern.

2) Light blue onesie with dark blue long-sleeves.

3) Huggies Diaper (KimberlyClarke) Serial Number: PA832208X 3059414 made on the 322nd day of 2008 in the Paris, Texas, mill.

9. Scene 3 (Hotel 2) information derived from two (2) videos and multiple images. Files: PICT0280.JPG, PICT0281.JPG, PICT0283.AVI, PICT0285.JPG, PICT0286.JPG, PICT0287.JPG, PICT0288.JPG, PICT0289.JPG, PICT0290.JPG, PICT0291.JPG, PICT0292.JPG, PICT0293.JPG, PICT0294.JPG, PICT0295.JPG, PICT0296.JPG, PICT0297.JPG, PICT0298.JPG, and PICT0302.AVI.

-Carpet: Northwest Carpet, Damascus #3618 (Herbal Garden color).

-Bedspread: Bry Santiago Midnight by P. Kaufmann Fabrics, Bloomcraft Anju Collection.

-Sneakers: Etnies Cinch, Black with white trim

-Furniture: All furniture seen was manufactured by Gloria Trade International in Ontario, CA. The furniture

8

identified in the room is (by model number): GT302-02, GT303-03, GT304TD and GT301-01K(Q)

Television: In the background of the videos (from Scene 3) episode number 131 of the television show "Family Matters" (Cheers Looking at You, Kid) is heard and seen playing on the hotel television. At the commercial break of the Family Matters Episode, agents determined that the commercial that aired immediately after was Pepperidge Farms "chocolate" commercials that aired throughout 2009. On July 29, 2011, SAC Boston issued a Grand Jury Subpoena to Viacom for the date(s) and time(s) episode number 131 of "Family Matters" (Cheers Looking at You, Kid) was aired in the Orlando, Florida, area. Viacom responded with various dates and times from 2008 - 2010.

10. On approximately August 12, 2011, Pepperidge Farms Inc responded to a subpoena from SAC Boston regarding the "chocolate" commercial that aired in 2009. The subpoena results were compared with the results from Viacom and it was determined that on, and exclusively on, March 28, 2009, both the Family Matters episode 131 aired and the Pepperidge Farms "chocolate" commercial aired in conjunction. This date was further confirmed with a Viacom database. This confirmation also indicated that this event took place at approximately 03:00AM EST.

11. Scene 4 (outdoors) Files: PICT0302.JPG, PICT0303.JPG, PICT0304.JPG, PICT0305.JPG, PICT0306.JPG, PICT0307.JPG, and PICT0308.JPG.

- Onesie: Blue in color, 'Tiny Little Tiger' printed with picture of tiger on front. (Manufactured by Gerber Corporation)

9

- Grass: St Augustine, most commonly found in the South Eastern parts of the United States (warmer climates).

12. On approximately September 6, 2011, SAC Boston agents sent a grand jury subpoena to Gloria Trade International requesting all customers to whom they sold their GT 303 series (the identified furniture in hotel room from "scene 3"). On approximately September 7, 2011, SAC Boston received the complete list of customers that had purchased this line of furniture from Gloria Trade International.

13. On September 9, 2011, as a result of reviewing this data, SAC Boston agents and analysts discovered the California Best Inn, a motel in Bakersfield, California. The California Best Inn, 1030 Wible Road, Bakersfield, CA 93304, had purchased multiple pieces of furniture that match the furniture that agents had identified inside the hotel room from "scene 3." Open source Internet searches for California Best Inn yielded a visual match for the hotel room seen in "scene 3."

14. On September 9, 2011, SAC Boston agents contacted agents in the HSI RAC Bakersfield office for assistance. SAC Boston agents sent a grand jury subpoena to the California Best Inn for any and all customers for March 27, 2009.

15. On September 14, 2011, at the request of SAC Boston (OP HOLITNA), RAC Bakersfield canvassed the guest rooms at the California Best Inn, Bakersfield, CA. SAC Boston agents were able to enhance an image from this series in such a way that the granite curtain on the vanity (within the room) was seen with a high amount of detail. A "curtain" is in reference to a bathroom vanity is the piece

10

of material that is in the fore front of the vanity, hung from the countertop.

16. It was the assessment of SAC Boston agents that the unique patterns on the granite would be a virtual finger print for the vanity curtain. As part of the search, SA Pike and other agents took pictures of the guest rooms for comparison. During the course of their search, the agents took photographs of room 221 at the California Best Inn; it was their assessment on scene that this granite curtain was a match for the picture of the granite curtain supplied by SAC Boston.

17. In a side-by-side forensic comparison, the unique granite pattern found on the bathroom vanity curtain in room 221 was determined to match the enhanced images found in the 'Swirl Carpet' series by SAC Boston agents.

18. Pursuant to a federal grand jury subpoena for records, RAC Bakersfield recovered a paper receipt and room roster showing MCCORMACK stayed in Room 221 at the California Best Inn on March 28, 2009.

19. Based on previous analysis done regarding the TV series and commercials playing in the background in one of the 'Swirl Carpet' videos, the date and time of the assault/rape/production occurred just after midnight on March 28, 2009. It is highly likely that MCCORMACK'S actual check in day would be recorded as just after midnight on March 28, 2009.

20. A TECS search for MCCORMACK indicated that MCCORMACK was under investigation by RAC Colorado Springs as a result of a GigaTribe case from the Toronto Police Service (TPS). TPS Officers had observed that, on approximately June 5, 2010, an individual on Gigatribe using the screen name "toddlers" had sent a "friend

11

request" to the officer's undercover (UC) account. TPS officers subsequently received multiple files of confirmed child pornography from the GigaTribe user "toddlers." TPS officers also had multiple UC chats with the individual using the screen name "toddlers." In one of these chats the individual states:

*"I have private....my friends son I take at nights"*.
The individual using the screen name "toddlers" then advises the TPS UC officer that the child is two (2) years old and that:

*"when I visit I take him out late in the night to a hotel"*
TPS officers determined that the individual using the GigaTribe screen name "toddlers" was logging in from Internet Protocol (IP) address 71.221.105.230 on June 5, 2010.

21. On approximately June 7, 2010, agents from RAC Colorado Springs issued a summons to Qwest Communications for the IP 71.221.105.230 on June 5, 2010 at 11:14 hours. Qwest returned the subscriber as:

Shawn McCormack

14275 Vessey Circle

Black Forest CO

22. On June 8, 2010, agents from RAC Colorado Springs, along with officers from Colorado Springs Police Department, executed a state search warrant at 14275 Vessey Circle, Black Forest, CO. Upon completion of the search warrant, several pieces of computer equipment, peripheral devices, and media were seized under the warrant.

23. The forensics exam discovered approximately four thousand (4,000) images and three hundred and sixty five (365) videos of suspected child pornography. The comprehensive report from the National Center for Missing

and Exploited Children (NCMEC) indicated that three hundred and ninety four of the images were of identified child victims. The NCMEC report also indicated that there were twenty six (26) videos of identified child victims.

24. During a forensic review of MCCORMACK's computer, a folder was found on his desktop entitled "my kids." Inside of this folder were several of the images and videos featuring the victim being sought from the "swirl carpet" series.

25. On July 7, 2011, a State arrest warrant was signed and executed for Shawn MCCORMACK. MCCORMACK was arrested without incident. An additional NCIC records check revealed that MCCORMACK was arrested for Child Endangerment on November 6, 2009, in Bakersfield, CA.

26. On September 14, 2011, SA Squire contacted Sgt. Thatcher of Bakersfield Police Department regarding the details of MCCORMACK'S arrest. According to the reports, in November of 2009, the complainant (Mr. and Mrs. "S") awoke at their residence to find their two year old son missing from his bedroom. Also missing was MCCORMACK, who was a house guest sleeping on the couch at the complainant's residence. BPD responded and contacted MCCORMACK on his cell phone, informing him to return to the residence with the child. MCCORMACK returned with the boy dressed only in a diaper.

27. On September 14, 2011, SA Pike and Detective Jamison (BPD) traveled to the "S" family residence to interview Mr. & Mrs. "S" regarding the incident at their residence on November 6, 2009. Mrs. "S" was asked by SA Pike and Det. Jameson if she could recount what occurred the night of November 6, 2009. Mrs. "S" stated that her husband had just gotten off a late work shift and checked

on their two year old son at 1:30AM, and after showering at approximately 1:40AM, discovered that their son was no longer in his room nor anywhere in their home or on the property. After a frantic search by both Mr. and Mrs. "S," they discover that MCCORMACK was also missing. The "S" family flagged down a marked BPD cruiser and Mr. "S" also called MCCORMACK'S cell phone but could not reach him. MCCORMACK was working for a telecommunications company in California during this time and would visit the "S" family approximately every six months, with an occasional overnight stay.

28. When the police arrived another call was placed to MCCORMACK'S cell phone; this time, MCCORMACK answered and stated he would return to the residence. MCCORMACK arrived back in a vehicle carrying the missing two year old boy who was dressed only in a diaper. MCCORMACK reported to the responding officers that the boy woke up in the house and he decided to take him when he went out to get a drink.

29. At this point in the interview, SA Pike showed Mrs. "S" a victim identification sheet created by SAC Boston. The sheet includes multiple sanitized images of the victim in the "swirl carpet" series, including images taken from the identified hotel. Mrs. "S" identified the child as her three year old son "BV1," (who turns four in 9/2011). Mrs. "S" was also shown sanitized images from "Scene 4 - Grass" of the swirl carpet series and believed these images were from the backyard of her former residence (location during 11/2009). Mrs. "S" remembered a particular part of her lawn where the grass hadn't grown due to a tree they removed.

30. On September 15, 2011, Agents learned that MCCORMACK was released from State custody in Colorado on approximately September 14, 2011.

31. Based on the information described above, there is probable cause to believe that on or about March 28, 2009, Shawn Joseph MCCORMACK knowingly participated in an act of sexually explicit conduct by or with a minor for the purpose of producing a visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251(d).

32. Thus, based upon the above facts and information, I submit there is probable cause to believe that defendant, Shawn Joseph MCCORMACK, has violated 18 U.S.C. § 2251(d), Production of Child Pornography.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Veronica Pike, Special Agent
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

Approved as to form: /s/ Jeremy Jehangiri
                     Jeremy R. Jehangiri
                     Assistant United States Attorney

Sworn to before me, and subscribed in my presence,

This __16th__ day of September, 2011.

_____
Jennifer L. Thurston
United States Magistrate Judge

15